134 A.3d 1044

COMMONWEALTH of Pennsylvania, Respondent

v.

Warren S. EVANS, Petitioner.

No. 7 EM 2016.

Supreme Court of Pennsylvania.

April 15, 2016.

## ORDER

PER CURIAM.

AND NOW, this 15th day of April, 2016, the Application to Exceed Word Count Limitation is **DENIED.**

Justice DONOHUE did not participate in the consideration or decision of this matter.